FILED

JAN 10 2011

CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| BONNIE ROMERO | ) | CIV. 08-5040-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| DENISE HANISCH, M.D.; and | ) | |
| REGIONAL HEALTH PHYSICIANS, | ) | |
| INC., d/b/a/ Edgemont Regional | ) | |
| Medical Clinic and Custer Regional | ) | |
| Medical Clinic | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict. Therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of defendants, Denise Hanisch, M.D., and Regional Health Physicians, Inc., d/b/a Edgemont Regional Medical Clinic and Custer Regional Medical Clinic, and against the plaintiff, Bonnie Romero.

IT IS FURTHER ORDERED that the clerk shall assess costs against the plaintiff and in favor of the defendants.

Dated January 7, 2011.

BY THE COURT:

JEFFREY L. VIKEN
UNITED STATES DISTRICT JUDGE